FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 16, 2005 ★

P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X

MC-05-061 (ERK)

In the Matter of PATRICK L. RODGERS,
an Attorney and Counselor-at-Law.

ORDER

Respondent.

-------------------------------------------------X

   An order having been entered in the Supreme Court of the State of New York, Appellate Division, SECOND Judicial Department, disbarring respondent from the practice of law before that Court,

   IT IS ORDERED, pursuant to Local Rule 1.5 that respondent, be and hereby is disbarred from the practice of law before this Court and that respondent's name be stricken from the Roll of Attorneys of this Court. This order shall become effective 24 days after the date of service upon said attorney unless otherwise modified or stayed.

   The docketing clerk is directed to mail a copy of the within to respondent and to close the within action without prejudice to reopening the matter upon application of respondent.

   SO ORDERED.

Dated:   Brooklyn, New York
     June 8, 2005

             _s/Edward R. Korman_____
             Edward R. Korman, Chief Judge
             and Chairman of the Committee on
             Grievances, E.D.N.Y.